AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| JEFFERY N. & FRANCES C. LAMB )<br>_____ )<br>*Plaintiff* )<br>v. )<br>BANK OF AMERICA N.A. fka COUNTRYWIDE )<br>BANK F.S.B. )<br>_____ )<br>*Defendant* ) | Civil Action No.  4:11-CV-819 NAB |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BANK OF AMERICA NA fka COUNTYRWIDE BANK F.S.B.
201 E. Washington St.
Phoenix, AZ  85044

AZ1-200-20-35

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JEFFERY N. & FRANCES C. LAMB
PO BOX 403
IRONTON, MO  63650

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/23/2011                              _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| JEFFERY N. & FRANCES C. LAMB | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 4:11-CV-819 NAB |
| BAC HOME LOANS SERVICING L.P. fka COUNTRYWIDE HOME LOANS SERVICING L.P. | ) ) ) | |
| *Defendant* | ) | |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BAC HOME LOANS SERVICING L.P. fka COUNTYRWIDE HOME LOANS SERVICING L.P.
201 E. Washington St.
Phoenix, AZ  85044

AZ1-200-20-35

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JEFFERY N. & FRANCES C. LAMB
PO BOX 403
IRONTON, MO  63650

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/23/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

JEFFERY N. & FRANCES C. LAMB )
)
*Plaintiff* )
v. ) Civil Action No. 4:11-CV-819 NAB
FEDERAL NATIONAL MORTGAGE ASSOCIATION )
)
*Defendant* )

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FEDERAL NATIONAL MORTGAGE ASSOCIATION
3900 Wisconsin Avenue Northeast
Washington, DC  20016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JEFFERY N. & FRANCES C. LAMB
PO BOX 403
IRONTON, MO  63650

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/23/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| JEFFERY N. & FRANCES C. LAMB | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:11-CV-819 NAB |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | )<br>)<br>) |
| *Defendant* | ) |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
1818 LIBRARY STREET, SUITE 300
RESTON, VA  20190

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JEFFERY N. & FRANCES C. LAMB
PO BOX 403
IRONTON, MO  63650

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/23/2011            *Carol B Cory*
                              *Signature of Clerk or Deputy Clerk*